# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Criminal Action 1:09-cr-11 (WLS) |
| **GARRETT WALDON,** | |
| Defendant. | |

## ORDER

This Court asked Mr. William R. Folsom, an attorney in Valdosta, to investigate Defendant Garrett Waldon's potential eligibility for a Rule 35 motion filed on his behalf by the Government. The Court received a letter from Mr. Folsom informing the Court that, based on information received from the Government, Defendant is not eligible for a Rule 35 motion. The letters explaining Waldon's ineligibility are attached to this Order.

It appears to the Court that Mr. Folsom's representation of Defendant is now at an end. He is discharged as an attorney in this matter. Mr. Folsom is directed to submit a bill of charges to the Court for his services.

**SO ORDERED**, this 11th day of October, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr